UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| JONATHAN LAMONT WILLIAMS<br>Appellant | )<br>)<br>) | |
| v. | )<br>)<br>) | **JUDGMENT**<br><br>No. 5:24-CV-615-FL |
| MICHAEL BURNETT, Trustee<br>Appellee. | )<br>)<br>)<br>) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of appellant's motion for leave to appeal.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered December 12, 2024, and for the reasons set forth more specifically therein, that the court denies plaintiff's motion for leave to appeal. Appellant's appeal accordingly is dismissed.

**This Judgment Filed and Entered on December 12, 2024, and Copies To:**

Travis Phillip Sasser (via CM/ECF Notice of Electronic Filing)
Michael Brandon Burnett (via CM/ECF Notice of Electronic Filing)

December 12, 2024          PETER A. MOORE, JR., CLERK

                            /s/ Sandra K. Collins
                           (By) Sandra K. Collins, Deputy Clerk